IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MIRANDA DAWN SMITH, on behalf of
the ESTATE OF ALVIS RAY
SHREWSBURY,**

    **Plaintiff,**

v.

                                                    **Civil Action No. 5:23-cv-00210**
                                                           **Honorable Frank W. Volk**

**WEST VIRGINIA DIVISION OF
CORRECTIONS AND
REHABILITATION, et al.,**

    **Defendants.**

### WVDCR DEFENDANTS' RENEWED MOTION
### FOR PARTIAL SUMMARY JUDGMENT

**COMES NOW** Defendants West Virginia Division of Corrections and Rehabilitation, Aaron Johnson, Johan Radosevich, Ashley Toney and Nicholas Burton (collectively "WVDCR Defendants"), by their counsel, the law firm of BAILEY & WYANT, P.L.L.C., William E. Murray, John P. Fuller and Jaden P. Rhea, and for the reasons more fully stated in the Memorandum of Law filed contemporaneously herewith, moves this Honorable Court for entry of an Order granting summary judgment in favor of Defendants with regard to any claim based upon the alleged wrongful death of Mr. Shrewsbury.

                                                       **WEST VIRGINIA DIVISION OF
CORRECTIONS AND
REHABILITATION, AARON JOHNSON,
JONAH RADOSEVICH, ASHLEY TONEY
AND NICHOLAS BURTON,
By Counsel,**

  */s/ Jaden P. Rhea*
**William E. Murray, Esq. (WVSB #2693)**
**John P. Fuller, Esq. (WVSB #9116)**
**Jaden P. Rhea, Esq. (WVSB #13454)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T:  (304) 345-4222**
**F:  (304) 343-3133**
wmurray@baileywyant.com
jfuller@baileywyant.com
jrhea@baileywyant.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MIRANDA DAWN SMITH, on behalf of
the ESTATE OF ALVIS RAY
SHREWSBURY,**

    **Plaintiff,**

v.                                                             **Civil Action No. 5:23-cv-00210**
                                                                   **Honorable Frank W. Volk**

**WEST VIRGINIA DIVISION OF
CORRECTIONS AND
REHABILITATION, et al.,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **"WVDCR DEFENDANTS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, February 8, 2024:

Stephen P. New, Esq.
New Taylor & Associates
430 Harper Park Drive
Beckley, West Virginia 25801
*Counsel for Plaintiff*

Zachary Whitten, Esq.
Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
*Counsel for Plaintiff*

Robert Dunlap, Esq.
Robert Dunlap & Associates
Suite A
345 Prince Street
Beckley, West Virginia 25801

*Counsel for Plaintiff*

Timothy P. Lupardus, Esq.
Lupardus Law Office
P.O. Box 1680
Pineville, WV 24874–1680
*Counsel for Plaintiff*

Jordan K. Herrick, Esq.
Adam K. Strider, Esq.
BAILEY & WYANT PLLC
500 Virginia Street East, Suite 600
P.O. Box 3710
Charleston, West Virginia 25337-3710
*Counsel for Ashley Stroup, Erica Sizemore, Beth Waugh, and Wexford Health Sources, Inc*

**/s/ Jaden P. Rhea**
**William E. Murray, Esq. (WVSB #2693)**
**John P. Fuller, Esq. (WVSB #9116)**
**Jaden P. Rhea, Esq. (WVSB #13454)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T:  (304) 345-4222**
**F:  (304) 343-3133**
**wmurray@baileywyant.com**
**jfuller@baileywyant.com**
**jrhea@baileywyant.com**