# EXHIBIT A

From:                                                                                  03/25/2018 06:43    #609 P.002/011

ALLEN R. MOCK, M.D.
Chief Medical Examiner

MATT IZZO
Chief Administrator

PIOTR KUBICZEK, M.D.
First Deputy Chief Medical Examiner

JACQUELINE A. BENJAMIN, M.D.
Deputy Chief Medical Examiner

RICHARD D. NORRIS, M.D.
Deputy Chief Medical Examiner

DONALD V. POJMAN, M.D.
Deputy Chief Medical Examiner

C. METIN SAVASMAN, M.D.
Deputy Chief Medical Examiner

TONYA N. MITCHELL, PhD.
Chief Toxicologist

FORENSIC PATHOLOGISTS:

JONATHAN L. ARDEN, M.D.
ANN L. BUCHOLTZ, M.D.
PAUL F. MELLEN, M.D.
CAROLYN REVERCOMB, M.D.
ELIZABETH A. ROUSE, M.D.
JIMMIE K. SMITH, M.D., J.D.
THOMAS W. YOUNG, M.D.

FAHAD BAFAKIH, M.D.
Forensic Neuropathologist

JOHN H. CARSON, D.D.S., DABMDI
Chief Dental Examiner



BILL J. CROUCH
Cabinet Secretary

AYNE AMJAD, MD, MPH
Commissioner & State
Health Officer

STATE OF WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN RESOURCES
BUREAU FOR PUBLIC HEALTH
OFFICE OF THE CHIEF MEDICAL EXAMINER
619 Virginia Street West
Charleston, WV 25302
Phone: (304) 558-6920
FAX:    (304) 558-7886

## REPORT OF DEATH INVESTIGATION AND POST-MORTEM EXAMINATION FINDINGS

### CASE NO. WV-2022-6566

**SHREWSBURY, Alvis**          Date of Birth: [REDACTED]          Age: 45 Years

Date of Death: September 17, 2022
Pronouncement: September 17, 2022 @ 0207
Body Received at OCME: September 17 @ 1450
Date of Examination: September 19, 2022
Examination Commenced: 1100

**Autopsy Performed at:**     Office of the Chief Medical Examiner
                              619 Virginia Street, W.
                              Charleston, WV  25302

**Autopsy Ordered by:**       Chief Medical Examiner, State of West Virginia (Limited)

**Autopsy Performed by:**     Paul F. Mellen MD
                              Forensic Pathologist

**County Medical Examiner:**  Jeffrey Corder, Co. M.E., Raleigh County

**Investigating Agency:**     West Virginia State Police-Beckley/Trooper Jones
                              West Virginia Department of Corrections

**FIU Investigator:**         Lisa Cook, OCME Investigator

**Appended:**                 **Toxicology Report**

From:                                                                                      03/25/2018 06:44    #609 P.003/011

SHREWSBURY, Alvis
WV 2022-6566                                                                               Page 2

## AUTOPSY EXAMINATION

### EXTERNAL EXAMINATION

**Method of Identification:**
Visual

Body bag Lock Tab #3140021 (verified intact and confirmed to be tab #3140021 on OCME1 report)

**Clothing and personal effects:**
Hospital gown
White undershorts
Orange Department of Correction pants
White socks, 1 pair

Condition of Clothing: Pants and underwear are soaked with blood and black melena

**General Appearance:** Adult white man, appears stated age, medium-heavy build

Height/weight: 6' 0"/ 214 lb.     BMI= 29.0, overweight
Hair: Brown. Beard and mustache stubble present
Face: Normally formed
Eyes: Brown irides, no petechia
Oral Cavity: Edentulous
Neck: Unremarkable
Torso: Unremarkable
Breasts: Unremarkable
Posterior torso: Unremarkable
External Genitalia: Unremarkable
Extremities: Normally formed
Skin: Unremarkable

**Postmortem changes:**
General condition: Good
Rigor: Strong in jaw/arms/legs
Livor: Purple-red, posterior, fixed
Body temperature: Cold/refrigerated
Other decomposition changes: None

**Marks and Scars:**
None seen

**Tattoos:**
Multiple tattoos present including:
Right upper arm, left upper arm, left forearm, right upper back, left upper back

From: 03/25/2016 05:44 #608 P.004/011

**SHREWSBURY, Alvis**
**WV 2022-6566**  Page 3

**Evidence of Injury:**
Head & Neck:
Healing older appearing purple-red raccoon ecchymosis left orbit
No fractures palpable

Torso:
None

Extremities:
None

**Evidence of Immediate Medical Therapy/Medical Devices:**
Oral bite block
Oral endotracheal tube
Defibrillator pad x 2, torso
EKG pad x 2, torso
Blood pressure cuff left arm
Pulse oximeter monitor, index finger left hand
Intraosseous infusion needle left lower leg
Intravenous catheter left ankle
Intravenous catheter right ankle
Rectal probe

**Internal Examination: (Limited to Torso)**

Body Cavities: Unremarkable
Organ situs: Normal positions
Anterior abdominal wall fat thickness= 1"

**Organ weights: (grams):**
Heart- 500

**ORGAN SYSTEMS:**
**Cardiovascular:**
Heart: Large
Shape: Triangular

Coronary arteries:
Origin: Normal
Distribution: Normal

Lesions:
Left Main Coronary: No stenosis
Left anterior descending artery: No stenosis
Circumflex artery: No stenosis
Right Coronary: Large caliber vessel, no stenosis
Myocardium: Red-brown, left ventricular hypertrophy

From:                                                                                   03/25/2018 05:45      #609 P.005/011

**SHREWSBURY, Alvis**
**WV 2022-6566**                                                                                              Page 4

Wall thickness (cm):
LV= 1.4                              RV= 0.2

Valves and chambers: Unremarkable

Great vessels: Unremarkable

Note: The cardiac findings could represent hypertension and/or cardiomyopathy

**Respiratory:**
Upper airway: Unremarkable
Lungs: Pink/gray
Pleura: Smooth
Sections: Unremarkable, limited sections

**Gastrointestinal:**
Esophagus: Unremarkable
Stomach: Hemorrhagic mucosa
Gastric contents: Blood and black digested blood
Large intestine: Content melenic
Small intestine: Content melenic

**Hepatobiliary:**
Liver: Red-brown, unremarkable
Ducts: Unremarkable

**Genitourinary:**
Kidneys: Smooth cortex, pale

**Hematopoietic:**
Spleen: Unremarkable

**ADDITIONAL STUDIES:**

Documents reviewed:

County Medical Examiner report
Forensic Investigation Unit report
Medical Records- (Limited)
RX Records (WV Board of Pharmacy)- No RX on file
Police Investigation

Photography: Total body photos

Body liquids and tissue samples retained for toxicology testing

From:                                                                03/25/2018 06:45      #609 P.006/011

SHREWSBURY, Alvis
WV 2022-6566                                                        Page 5

**Toxicology:** Harvested and sent to Toxicology lab:
Vitreous fluid
Blood (subclavian)
Liver

Trace evidence:
Hair samples
Fingernail clippings

Additional ID Procedures (archived):
DNA blood card
Fingerprints R1

**Tissue for Microscopic exam:** Sections of organs fixed in formalin and archived for micro exam

**Microscopic Exam:**
A.   Myocardium left ventricle - Unremarkable
     Myocardium septum - Unremarkable
     Myocardium right ventricle - Unremarkable

B.   Lung x 2 - Distended alveoli, bleb formation
     Bronchiole- Unremarkable

C.   Liver: Unremarkable

     Kidney: Mild chronic inflammation
     Glomeruli: Unremarkable
     Tubules: Unremarkable
     Vessels: Unremarkable

Note- Sections limited by autolysis

Disposition of organs:  Returned to body

**PATHOLOGIC DIAGNOSIS:**

I.   **NATURAL DISEASE:**
     Cardiomegaly

     Acute and chronic upper gastrointestinal hemorrhage

II.  **INJURIES:**
     Old minor facial contusion

From:                                                                                    03/25/2018 05:46    #609 P.007/011

**SHREWSBURY, Alvis**
**WV 2022-6566**                                                                         Page 6

### III. TOXICOLOGY SUMMARY:

Blood Alcohol: Negative

Blood Drugs: Negative

### IV. Investigative summary/Medical records review:
Circumstances of death:
45-year-old collapsed in jail with rectal bleeding, and could not be resuscitated

He was in jail for driving under the influence

Scene Investigation:
No sign of violence. No drugs or alcohol found in cell

Additional history:
Prior fall from bunk bed

Medical History:
Unknown

Medications:
Unknown

### Opinion:

It is my opinion that Mr. Alvis Shrewsbury, a 45-year-old white man, died as a result of acute and chronic upper gastrointestinal bleeding. Contributory factors: Cardiomegaly.

**MANNER OF DEATH:** The circumstances surrounding the death, as determined by the death investigation and post mortem examination, indicate the manner of death is best certified as Natural.

_____   27 Oct 2022
Paul F Mellen, MD, DMJ, FCAP, FRCPI       Date:
Anatomic, Clinical & Forensic Pathology

From:                                                                                       03/25/2018 05:46      #609 P.008/011



## STATE OF WEST VIRGINIA
## OFFICE OF THE CHIEF MEDICAL EXAMINER
## TOXICOLOGY REPORT

| | | | |
|---|---|---|---|
| **Name of Deceased:** | Shrewsbury, Alvis | **Date of Request:** | 9-19-22 |
| **Case Number:** | 22-6566 | **Date Issued:** | 10-27-22 |
| **Pathologist:** | Dr. Mellen | | |
| **Samples Received:** | Subclavian Blood, Liver, Vitreous | **Date Received:** | 9-19-22 |
| | Hospital Serum | | 9-22-22 |

### Results

**Sample type: Vitreous Fluid**

| Analyte: | Result: | Analysis By: | Type of Analysis: | Cutoff: |
|---|---|---|---|---|
| Glucose | 8 mg/dL | Chemistry Analyzer | Electrolytes and Glucose Panel | 4 mg/dL |
| Urea Nitrogen | 19.6 mg/dL | Chemistry Analyzer | Electrolytes and Glucose Panel | 3 mg/dL |
| Sodium | 140 mmol/L | Chemistry Analyzer | Electrolytes and Glucose Panel | 100 mmol/L |
| Potassium | 14.8 mmol/L | Chemistry Analyzer | Electrolytes and Glucose Panel | 0.3 mmol/L |
| Chloride | 124 mmol/L | Chemistry Analyzer | Electrolytes and Glucose Panel | 40 mmol/L |
| Creatinine | Incalculable | Chemistry Analyzer | Electrolytes and Glucose Panel | 0.2 mg/dL |

See attached for additional analysis performed by NMS Labs, 200 Welsh Road, Horsham, PA 19044, 1-866-522-2216.

OCME 10
Revised: 04/05/2022

From:                                                                                          03/26/2018 05:46    #609 P.009/011



**NMS Labs**
200 Walsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

Report Issued   10/17/2022 07:05

To:   10152
      WV Office of the Chief Medical Examiner
      619 Virginia Street W.
      Charleston, WV 25302

Patient Name    SHREWSBURY, ALVIS
Patient ID      22-6566
Chain           NMSCP207094
DOB             
Sex             Male
Workorder       22349044

Page 1 of 3

### Positive Findings:

| None Detected |
|---|

See Detailed Findings section for additional information

### Testing Requested:

| Test | Test Name |
|---|---|
| 0170FL | Alcohol Panel, Fluid |
| 2481FL | Ketone Panel, Fluid |
| 8054B | Postmortem, Expanded with NPS, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Clear Cap Plastic Tube | 8 mL | 09/19/2022 | Subclavian Blood | 22-6566 |
| 002 | Blue Cap Plastic Tube | 1 mL | 09/19/2022 | Vitreous Fluid | 22-6566 |

All sample volumes/weights are approximations.
Specimens received on 09/22/2022.

NMS v.24.0



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 22349044 |
| Chain | NMSCP207094 |
| Patient ID | 22-6566 |

Page 2 of 3

### Detailed Findings:
Examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Sample Comments:

| | |
|---|---|
| 001 | Autopsy ID: 22-6566 |
| 001 | County: Raleigh |
| 001 | Physician/Pathologist Name: Dr. Mellen |

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 22349044 was electronically signed on 10/16/2022 20:25 by:

*Donna M. Papsun*

Donna M. Papsun, M.S., D-ABFT-FT
Forensic Toxicologist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

**Test 0170FL - Alcohol Panel, Fluid - Vitreous Fluid**

-Analysis by Headspace Gas Chromatography (GC) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 10 mg/dL |

**Test 2481FL - Ketone Panel, Fluid - Vitreous Fluid**

-Analysis by Headspace Gas Chromatography (GC) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Acetone | 20 mg/dL | Methyl Isobutyl Ketone | 2.0 mcg/mL |
| Cyclohexanone | 1.0 mcg/mL | Methyl n-Butyl Ketone | 2.0 mcg/mL |
| Methyl Ethyl Ketone | 2.0 mcg/mL | | |

**Test 52198B - Cannabinoids Confirmation, Blood - Subclavian Blood**

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

**Test 8054B - Postmortem, Expanded with NPS, Blood (Forensic) - Subclavian Blood**

From:  03/26/2018 05:47   #609 P.011/011



**CONFIDENTIAL**

Workorder   22349044
Chain       NMSCP207094
Patient ID  22-6566

Page 3 of 3

### Analysis Summary and Reporting Limits:

**-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:**

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | Salicylates | 120 mcg/mL |

**-Analysis by Headspace Gas Chromatography (GC) for:**

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 10 mg/dL |

**-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:**

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| 4-fluoro-BINACA 3,3-dimethylbutanoic acid | 5.0 ng/mL | ADMB-CHMINACA | 0.10 ng/mL |
| 4-fluoro-MDMB-BINACA | 0.10 ng/mL | ADMB-FUBINACA | 1.0 ng/mL |
| 5-fluoro-MDMB-PICA / 5-fluoro-EMB-PICA | 0.10 ng/mL | APP-BINACA | 0.10 ng/mL |
| 5-fluoro-MDMB-PINACA / 5-fluoro-EMB-PINACA | 0.20 ng/mL | FUBINACA 3,3-dimethylbutanoic acid | 5.0 ng/mL |
| 5-fluoro-PICA 3,3-dimethylbutanoic acid | 5.0 ng/mL | FUBINACA 3-methylbutanoic acid | 5.0 ng/mL |
| 5-fluoro-PINACA 3,3-dimethylbutanoic acid | 5.0 ng/mL | MDMB-4en-PINACA | 0.10 ng/mL |
| 5-fluoro-PINACA 3-methylbutanoic acid | 5.0 ng/mL | MMB-FUBINACA | 0.10 ng/mL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of analyte classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified analyte class are included. Some specific analytes outside of these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs. Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotics, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

NMS v.24.0