# EXHIBIT C

```
                                                          Page 1

 1          IN THE UNITED STATES DISTRICT COURT

 2       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                      AT BECKLEY

 4

 5    Civil Action No. 5:23-cv-00210

 6    Honorable Frank W. Volk

 7    MIRANDA DAWN SMITH, on behalf of

 8    the ESTATE OF ALVIS RAY SHREWSBURY,

 9           Plaintiff,

10           vs.

11    WEST VIRGINIA DIVISION OF CORRECTIONS

12    AND REHABILITATION, et al.,

13           Defendants.

14             * * * * * * * * *

15

16         VIDEOTAPED DEPOSITION OF DR.

17    ROCKEFELLER F. COOPER, II, taken pursuant to

18    stipulation and agreement before Timothy T.

19    Casey, Court Reporter and Commissioner for

20    the State of Alabama at Large, at Regus -

21    Huntsville, 7027 Old Madison Pike Northwest,

22    Suite 108, Huntsville, Alabama, on Monday,

23    October 23, 2023, commencing at 9:03 a.m.
```

Page 26

1  I'm sorry.
2  A. Okay, can you repeat the question?
3  Q. Sure. Did you find any evidence in
4  your autopsy that Mr. Shrewsbury's death was
5  a result of trauma as opposed to natural?
6  A. No, at the time, no, I did not stumble
7  upon any sign of trauma.
8  Q. Okay. And then the last sentence, you
9  have, "Immediate cause of death was an acute
10 myocardial infarct heart attack due to these
11 blood conditions," correct?
12 A. Yes.
13 Q. So, it's your opinion that Mr.
14 Shrewsbury died of a heart attack?
15 A. Yes, it's fair to say so.
16 Q. Okay. Do you have any opinion as to
17 what caused him to have this heart attack?
18 A. No, not unless, you know, you look at
19 other, you know, if you look at, I don't
20 know --
21 Q. Sure.
22 A. -- like the environment, the
23 atmosphere he was in at the time. Because if

Page 27

1  a person, for example, and let's -- and this
2  is just a hypothetical. If Mr. Jones, ninety
3  years old, is in his kitchen, he went into
4  his kitchen at night to get him a cup of
5  coffee or whatever, and somebody just showed
6  up at his kitchen window with a ski mask, and
7  he dropped from a heart attack and died.
8      Now, the issue is, is there any
9  liability or is it not, even though the
10 autopsy, fast-forwarding the autopsy shows
11 that he had occlusion of the vessels, but if
12 he wasn't spooked or scared, would he still
13 be alive today.
14     So, you know, if you're not familiar
15 with the other aspects of the information, as
16 in someone was at his window that scared him,
17 and just looking at the organ and the
18 pathology, it would be fair with the
19 information that was given as well, it would
20 be fair to make such a conclusion.
21 Q. Are you offering any opinions of that
22 sort in this case?
23 A. Wait, can you repeat that, please?

Page 28

1  Q. Sure. Are you offering any opinions
2  as to the cause of Mr. Shrewsbury's heart
3  attack?
4  A. No, I'm not offering any opinion. I'm
5  just -- I was just giving a scenario based on
6  the way he asked the question.
7  Q. Okay, fair enough. So, as we sit here
8  today, it's your opinion that he died of a
9  heart attack, but you don't know what caused
10 the heart attack?
11 A. Correct, I don't know what basically
12 what spiked the heart attack.
13 Q. Okay. Can you say that there was no
14 evidence of any trauma that led to the heart
15 attack? By trauma, I mean physical trauma.
16 A. You don't really see physical trauma,
17 per se, that would lead to the heart attack.
18 Q. Okay. I'm going to show you the death
19 certificate. I really just want to point
20 your attention to the final manner of death
21 that the state listed, which the options were
22 natural, accident, suicide, homicide, or
23 could not be determined. And they listed

Page 29

1  natural. Based on your examination in your
2  autopsy do you have any reason to disagree
3  with that?
4  A. Yes, in a sense I do.
5  Q. Okay. Why do you disagree with it?
6  A. Okay, so, when I take into
7  consideration the fact that the family
8  raises, well, several issues. One, when
9  you're going back to the form, the consent
10 form, they talk about, well, his daughter had
11 expressed concern about internal bleeding and
12 blunt-force trauma.
13     Okay, now, I get to the funeral home
14 and I see a bruise under his left eye. All
15 right? So, in my mind, I'm thinking because
16 they had raised concerns as to they believe
17 that someone did something to him, no name
18 was called, nobody was identified. But going
19 with that, I, you know, I started to look at
20 him more or less from an investigative
21 standpoint of view.
22     Then, I start the exam and I realize
23 that the only thing that was removed from the