# EXHIBIT F

# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION OFFICE
### PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

**Amended** 11/04/2022

**STATE FILE NUMBER:** 2022-019668

**NAME OF DECEDENT:** Alvis Ray Shrewsbury

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | Alvis Ray Shrewsbury |
| 2. GENDER | Male |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4a. AGE (Last Birthday) Years | 45 |
| 5. DATE OF BIRTH | [redacted] |
| 6. BIRTHPLACE | Mullens, West Virginia |
| 7a. RESIDENCE (STATE) | West Virginia |
| 7b. COUNTY | Wyoming |
| 7c. CITY OR TOWN | Bud |
| 7d. STREET AND NUMBER | 3917 Herndon Road |
| 7f. ZIP CODE | 24716 |
| 7g. INSIDE CITY LIMITS? | No |
| 8. EVER IN US ARMED FORCES? | No |
| 9. MARITAL STATUS AT TIME OF DEATH | Never Married |
| 11. FATHER'S / PARENT 1'S NAME | Willie Shrewsbury |
| 12. MOTHER'S / PARENT 2'S NAME | Anna Lou Perry |
| 13a. INFORMANT'S NAME | Miranda Dawn Smith |
| 13b. RELATIONSHIP TO DECEDENT | Daughter |
| 13c. MAILING ADDRESS | PO Box 303, Bud, WV, 24716 |
| 15. FACILITY NAME | Beckley Appalachian Regional Hospital |
| 16. CITY OR TOWN, STATE, AND ZIP CODE | Beckley, West Virginia 25801 |
| 17. COUNTY OF DEATH | Raleigh |
| 18. METHOD OF DISPOSITION | Burial |
| 19. PLACE OF DISPOSITION | Thomas Wayne Shrewsbury Cemetery |
| 20. DISPOSITION LOCATION | Stephenson, WV |
| 21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | Stafford Family Funeral Home 143 Cler Fork Road, Oceana, West Virginia, 24870 |
| 22. SIGNATURE OF FUNERAL SERVICE LICENSEE | Jerry Ray Stafford — Electronically Signed |
| 23. LICENSE NUMBER | 3761 |
| 24. DATE PRONOUNCED DEAD | 09/17/2022 |
| 25. TIME PRONOUNCED DEAD | 02:07 AM |
| 26. SIGNATURE AND TITLE OF PERSON PRONOUNCING DEATH | Mark Caldwell Geary II — Electronically Signed |
| 27. DATE SIGNED | 09/19/2022 |
| 28. ACTUAL OR PRESUMED DATE OF DEATH | 09/17/2022 Actual |
| 29. ACTUAL OR PRESUMED TIME OF DEATH | 02:07 AM Actual |
| 30. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | Yes |
| MEDICAL EXAMINER CASE # | 2206566 |

## CAUSE OF DEATH

**31. PART I.**

| Line | Cause | Approximate Interval |
|---|---|---|
| a. IMMEDIATE CAUSE | Acute and chronic upper gastrointestinal bleeding | hrs-days |
| b. | <<<>>> | <<<>>> |
| c. | <<<>>> | <<<>>> |
| d. | <<<>>> | <<<>>> |

**PART II.** Other significant conditions: Cardiomegaly

| Field | Value |
|---|---|
| 32a. WAS AN AUTOPSY PERFORMED? | Yes |
| 32b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | Yes |
| 33. DID TOBACCO USE CONTRIBUTE TO DEATH? | Unknown |
| 35a. CAUSE/MANNER PENDING? | Date Amended 11/04/2022 |
| 35b. FINAL MANNER OF DEATH | Natural |

**36a–36g.** Injury fields: blank

**37a. CERTIFIER:** Medical Examiner/Coroner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

**Signature of Certifier:** Paul Mellen — Electronically Signed
**Date Certified:** 09/19/2022

**37b.** Paul Mellen 619 Virginia Street W, Charleston, WV 25302
**37c. TITLE OF CERTIFIER:** Medical Examiner

**38. SIGNATURE OF REGISTRAR:** Matthew Wickert — Electronically Signed
**39. DATE FILED:** 09/30/2022

G0596558

# STATE OF WEST VIRGINIA



This is to certify that this document is a true and accurate reproduction of an official record, or the facts abstracted from an official record, on file with:

Vital Statistics
Bureau for Public Health
West Virginia Department of Health and Human Resources
Charleston, West Virginia.

*Matthew R. Wickert*
Matthew R. Wickert
State Registrar

Date Certified: Nov 09 2022

The certified copy or information appears on the reverse side on multicolor surface. Document contains heat-sensitive stamp and watermark.

Do not accept without verifying watermark.

**WARNING!**
**It is a crime punishable by fine and imprisonment to counterfeit or alter this certificate or to use the vital statistics record of another person for deceptive purposes.**

WVDHHR-REVISED 08/2021