# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**MIRANDA DAWN SMITH, on behalf of
the ESTATE OF ALVIS RAY
SHREWSBURY,**

    **Plaintiff,**

**v.**
                                                **Civil Action No. 5:23-cv-00210
Honorable Frank W. Volk**

**WEST VIRGINIA DIVISION OF
CORRECTIONS AND
REHABILITATION, et al.,**

    **Defendants.**

### WVDCR DEFENDANTS' MOTION TO STRIKE OPINIONS/TESTIMONY OF EDNA WONG MCKINSTRY, MD, FACP, PURSUANT TO RULE 37 OF THE FEDERAL RULES OF CIVIL PROCEDURE

**COMES NOW**, Defendants West Virginia Division of Corrections and Rehabilitation, Aaron Johnson, Jonah Radosevich, Ashley Toney and Nicholas Burton (collectively "WVDCR Defendants"), by their counsel, the law firm of BAILEY & WYANT, P.L.L.C., William E. Murray, John P. Fuller and David L. Shuman, Jr., and for reasons more fully supported in Defendants' Memorandum of Law filed in support contemporaneously herewith, move this Honorable Court for entry of an Order granting Defendants' Motion to Strike Opinions/Testimony of Edna Wong McKinstry, MD, FACP, Pursuant to Rule 37 of the Federal Rules of Civil Procedure.

                                         **WEST VIRGINIA DIVISION OF
CORRECTIONS AND
REHABILITATION, AARON JOHNSON,
JONAH RADOSEVICH, ASHLEY TONEY
and NICHOLAS BURTON,
By Counsel,**

 /s/ John P. Fuller
William E. Murray (WV Bar #2693)
John P. Fuller (WV Bar #9116)
David L. Shuman, Jr. (WV Bar #12104)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia  25337-3710
T:  (304) 345-4222
F:  (304) 343-3133
wmurray@baileywyant.com
jfuller@baileywyant.com
dshuman@baileywyant.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MIRANDA DAWN SMITH, on behalf of
the ESTATE OF ALVIS RAY
SHREWSBURY,**

    **Plaintiff,**

**v.**                                        **Civil Action No. 5:23-cv-00210
Honorable Frank W. Volk**

**WEST VIRGINIA DIVISION OF
CORRECTIONS AND
REHABILITATION, et al.,**

    **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

       **I HEREBY CERTIFY** that a true and correct copy of foregoing **WVDCR DEFENDANTS'
MOTION TO STRIKE OPINIONS/TESTIMONY OF EDNA WONG MCKINSTRY, MD,
FACP, PURSUANT TO RULE 37 OF THE FEDERAL RULES OF CIVIL PROCEDURE**
was served upon the following parties through the Court's Electronic Case Filing (ECF) system on
this day, September 24, 2024:

Stephen P. New, Esq.
New Taylor & Associates
430 Harper Park Drive
Beckley, West Virginia 25801
*Counsel for Plaintiff*

Zachary Whitten, Esq.
Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
*Counsel for Plaintiff*

Robert Dunlap, Esq.
Robert Dunlap & Associates
Suite A
345 Prince Street
Beckley, West Virginia 25801
*Counsel for Plaintiff*

Timothy P. Lupardus, Esq.
Lupardus Law Office
P.O. Box 1680
Pineville, WV 24874–1680
*Counsel for Plaintiff*

Jordan K. Herrick, Esq.
Adam K. Strider, Esq.
BAILEY & WYANT PLLC
500 Virginia Street East, Suite 600
P.O. Box 3710
Charleston, West Virginia 25337-3710
*Counsel for Ashley Stroup, Erica Sizemore, Beth Waugh, and Wexford Health Sources, Inc.*

 **/s/ John P. Fuller**
**William E. Murray (WV Bar #2693)**
**John P. Fuller (WV Bar #9116)**
**David L. Shuman, Jr. (WV Bar #12104)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T:  (304) 345-4222**
**F:  (304) 343-3133**
**wmurray@baileywyant.com**
**jfuller@baileywyant.com**
**dshuman@baileywyant.com**